UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF<br><br>Victor S. Palacios #55986 | Case No. 18-mc-80189-JD<br><br>**ORDER OF SUSPENSION** |
|---|---|

Because Victor S. Palacios has failed to respond to the Order to Show Cause, Victor S. Palacios' membership in the bar of this Court is hereby suspended.

**IT IS SO ORDERED**.

Dated: January 7, 2019

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF | Case No. 18-mc-80189-JD |
|---|---|
| Victor S. Palacios #55986 | **CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 1/7/2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Victor S. Palacios
5605 Woodman Ave.
Ste. 210
Van Nuys, CA 91401

Dated: 1/7/2019

Susan Y. Soong
Clerk, United States District Court

By: *Lisa R. Clark*
_____
Lisa R. Clark, Deputy Clerk to the
Honorable   James Donato